[No. 39098-8-I.    Division One.    December 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KELLY J.
MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-04830-3, Joan E. DuBuque, J., entered
July 16, 1996. *Remanded* by unpublished per curiam
opinion.

[No. 39163-1-I.    Division One.    December 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN J.
MUDIE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-8-03103-0, Michael Spearman, J., entered
July 17, 1996. *Affirmed* by unpublished per curiam
opinion.

[No. 39256-5-I.    Division One.    December 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
W. WATKINS, ET AL., *Defendants*, SULTAN
MUHAMMED, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-02255-8, Richard A. Jones, J., entered
August 22, 1996. *Affirmed* by unpublished per curiam
opinion.

[No. 39316-2-I.    Division One.    December 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. G.C.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-8-03252-4, Mary Wicks Brucker, J., entered
September 4, 1996. *Reversed* by unpublished per curiam
opinion.